**Exhibit A to the Complaint**

**Location:** White Plains, NY  **IP Address:** 72.89.239.98
**Total Works Infringed:** 24  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: CC16D8069A00533E154BE945252392C5B6D09FE6<br>File Hash:<br>3AC6ED60709233778F4852EA70622A51EB9F9EC6F75A0BE109859A92F7F984BE | 09-26-2022 10:32:32 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 2 | Info Hash: 82D36C62B6F416DEFB93C99F98160847CE529C8C<br>File Hash:<br>2F1944FBA57E18873CDD755DA7B887CA84A2BFBB961111413BA72215EEF9FE18 | 09-23-2022 10:49:49 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 3 | Info Hash: 08F5E1679A80DB67D5969A52F2173024451310BA<br>File Hash:<br>ECFDDEEA7018AAD90C9B083E1268FCA9C78A2E4E5EF5C08E018366E68033982C | 09-19-2022 17:56:46 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 4 | Info Hash: 66D527C365670EDF61C2A482409620BC7C1BBDE9<br>File Hash:<br>1263A1E30ADE26D6F59029BB5CEB791A927E5514B7A51C793B9D427C9CBEFD11 | 09-19-2022 07:05:22 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 5 | Info Hash: 3E9B6DAF76D1775499EB38EE577432A26C722F33<br>File Hash:<br>F5B087C2B30BE442FD4B044E2D6197E5B9D3FD3FE4CDC070200E7800B7BAF79E | 09-16-2022 09:21:31 | Slayed | 03-29-2022 | 04-21-2022 | PA0002353060 |
| 6 | Info Hash: D7427A6B33436665353F9649DBF23A88D900E989<br>File Hash:<br>AF8322296FF814CA6393717BC6E8B1F3D324208B8A328ECE1997567EB44BE3BE | 09-15-2022 09:17:00 | Slayed | 03-15-2022 | 04-21-2022 | PA0002353059 |
| 7 | Info Hash: 5A9A07D5346A0AEC6FED98125BE313901CA6EEDE<br>File Hash:<br>37D82117D0B275425345975EED60DDF3AF381DBC6B8F91DAC67345D6921A26BE | 09-15-2022 09:14:14 | Slayed | 03-08-2022 | 04-21-2022 | PA0002353782 |
| 8 | Info Hash: 34488417D220035E3A3C3DA84DF53C84EFEABAF3<br>File Hash:<br>92B56D9F57F67C8C126AE2B872C9502926DE4E1D91E6F9C0D9D73B56F044A707 | 09-14-2022 10:23:18 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 9 | Info Hash: D70D2C95E1758D6D0838C13142400443F66F0E51<br>File Hash:<br>8D9CBF0567FDCBF4C4762C68C84376A08B27A8D2CB71B3F37D798FBCA86B7570 | 09-12-2022 17:36:05 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 10 | Info Hash: 0FEB949FD06FC363069BCF4B292A49DCD2EFE0CA<br>File Hash:<br>D988E95C11D28AE719EA1B661DAA9083ED53FD9B4F9BF5AA7B4258FEF77E3D8D | 09-08-2022 10:49:06 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 11 | Info Hash: 4E964428DEB915A1DC86F43132A06FA93AE1E874<br>File Hash:<br>4268AA1B849B28E5B34F350C559C6C54A9A6D54F3597AB8BEC00FEAE56606CA1 | 08-24-2022 17:31:49 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 02ACC04EE2B8654A40D0A14A9A398B6ADD515A3B<br>File Hash: 66E1E4E1284AD0C90ECA4785E58D2EB426526DD600C5365B3F9B82D6C4461D92 | 08-17-2022 11:03:47 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 13 | Info Hash: FF479F0B9AA4192F65996AD401E0C01D907EB2A8<br>File Hash: E3D74E170C07AFFCC18B051FE7F5E2F6C0E1053CB9609C08E550D1652F992792 | 08-15-2022 10:01:27 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 14 | Info Hash: D4BFBEC367B732FD71C1F8FA881CA886D398AE82<br>File Hash: EAC0D5384703C3B5BFC4C3D9F8F9A4592CAA33A1160B36BBC6BF9FB0A7CDAFEB | 08-10-2022 07:28:13 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 15 | Info Hash: 9B4DCD916C8802AE45D628D849DA1841B38384A4<br>File Hash: EA03D8352F801AC2F71FAFDD3A1BEA72E6CD0AC50C93500C323134F1F14CB6CD | 08-01-2022 17:17:24 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 16 | Info Hash: 413D4FCBF7A299483FB60C665ED132B37CD56A70<br>File Hash: 7017B370BF72C09024950BFE525A740DDF66568D3976E1024318CD86F94AED74 | 07-21-2022 12:04:47 | Slayed | 03-01-2022 | 03-04-2022 | PA0002345786 |
| 17 | Info Hash: CE0574284C25386C77B384EB6939152423272CD6<br>File Hash: C9159469AB766A0B2FFA6E5E74A53C9CB56740473550A62C834A74388D8B7E7B | 07-20-2022 09:44:31 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 18 | Info Hash: 2449483BE6EA802A3EA1CEC474394619355169B8<br>File Hash: CE872CB85CE5B80A49D14DDC065EB78E031CB62CE51C24A210A69FACAB14ECF0 | 07-18-2022 10:37:53 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 19 | Info Hash: F68F221B07AF6644159BD5E1F83C12B14E30A545<br>File Hash: 418461030E7F938BC6FFFEAFA32BF6FB669F9F607663441F166D72BB41B355FA | 07-14-2022 09:56:51 | Slayed | 02-22-2022 | 03-04-2022 | PA0002345461 |
| 20 | Info Hash: BD568F5F1B21F52C5FD9A73804C113AD97DB9F56<br>File Hash: 0DDB0A00BBC587E3B81BE622BEAD9811500E0215EDDC37A0A3D043D8301CB729 | 07-07-2022 12:15:43 | Slayed | 02-15-2022 | 03-04-2022 | PA0002345470 |
| 21 | Info Hash: E0DCFAEC690E3346CA5EEA67A773FD1312B673EF<br>File Hash: E1C49A1B45573BA85036DB8188E6A0C13D3B4A3F1ABD5766A749EFA29AAB49C7 | 07-06-2022 10:25:47 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 22 | Info Hash: 9877EFF0953B98E8650F7B521EF4E9BC261B4428<br>File Hash: 026680267996E12D5CE8B7C28102661411EFF82513B10F46D0624447BE2A298B | 06-30-2022 11:06:41 | Slayed | 02-08-2022 | 03-04-2022 | PA0002345794 |
| 23 | Info Hash: BB95EC80CF17BB392877E5DC0B8860C0E633F347<br>File Hash: EFF62B900B809890F9950628D675163ECB5B84B750F9DFBEE2235328637E8052 | 06-27-2022 11:12:56 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 8B8121EFC83C05C064E4AFE61514F97F1604B993<br>File Hash: C6A8635515B6718F3700916B7E6206D733C91000AEB4A967E4205BAFBCF09549 | 06-22-2022 10:03:39 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |